RECEIVED
MAILROOM

DEC 28 2

CLERK, U.S. DISTRI
ALEXANDRIA, V

Lauck

United States District Court
Eastern District of Virginia
alexandria Division

Civil Section

civil action Number

3.19cv019

Daniel W. Jamison
offender # 1190078
Dillwyn Correctional center
Po Box 670
1522 Prison Rd
Dillwyn VA 23936

Plaintiff, Pro. SE.

vs.

Stacey a. Kincaid, Sheriff
Fair Fax County Sheriffs office / Adult Detention Center
4110 Chain bridge Rd   Suite 217
Fair Fax VA 22030

mark w. Sites, Cheif Deputy of operations
Fairfax County adult Detention Center
10520 Judicial Dr.
fairfox VA 22030



RECEIVED

JAN - 3 2019

CLERK U.S. DISTRICT COURT
RICHMOND, VA

Lishan Kassa, MD
Fairfax County Adult Detention Center
10520 Judicial Dr
Fairfax VA 22030

Jonita Conner, MD.
04700 Berwyn House Rd
Collage Park MD 20740

JANET Wurie, NP
Fairfax County Adult Detention Center
10520 Judicial Dr
Fairfax VA 22030

Xin Wang, NP
Fairfax County Adult Detention Center
10520 Judicial Dr
Fairfax VA 22030

Ericha Rauf, Director of Nursing
Fairfax County Adult Detention Center
10520 Judicial Dr
Fairfax VA 22030

S. Carlisle, DDS
Fair Fax County Adult Detention Center
10520 Judicial Dr
Fair Fax VA 22030

S. Ray, DDS
Fair Fax County Adult Detention Center
10520 Judicial Dr
Fair Fax VA 22030

Aramark Director and managers
Fairfax County Adult Detention center
10520 Judicial Dr
Fair Fax VA 22030

1st Lt Aughaven
Fair Fax County Detention Center
10520 Judicial Dr
Fair Fax VA 22030

Lt Parsons, # 382
Fairfax County Detention Center
10520 Judicial Dr
Fair fax VA 22030

2nd Lt. Mesier, 252th
Fairfax County Detention Center
10520 Judicial Dr
Fairfax VA 22030

Lt. Perkins
Fairfax County Detention Center
10520 Judicial Dr
Fairfax VA 22030

Lt. Evens
Fairfax County Adult Detention Center
10520 Judicial Dr
Fairfax VA 22030

Lt Rejeili
Fairfax County Adult Detention Center
10520 Judicial Dr
Fairfax VA 22030

Deputy Abel, #054
Fairfax County Adult Detention Center
10520 Judicial Dr
Fairfax VA 22030

Deputy PJ Thompson # 789
fair Fax County Adult Detention center
10520 judicial Dr
fairfax ~~county~~ VA  22030

Sgt. Putman . # 860
fairfax County Adult Detention Center
10520 Judicial Dr
fair fax  VA 22030

Deputy  Plazick
Fairfax County Adult Detention Center
10520  Judicial Dr
fairfax  VA  22030

Deputy  Strauser
fairfax County Adult Detention  Center
10520  Judicial  Dr
fairfax  VA  22030

Deputy  Jones
fairfax County Adult Detention  Center
10520  Judicial  Dr
fair fax  VA 22030

Deffendents Et. Al.

42 U.S.C. 1983 Civil Rights Class Action Complaint for Equitable and Compensatory Relief

Comes Now The Plaintiff, Daniel W Jamison. Offender Number 1190078, DOB 5/8/78, SSN 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 and Files this complaint individualy. Pursuant to 42 USC. §§ 1983 and state laws. Against Sheriff Stacey A. Kincaid. Et. Al., with respect to vindicating Plaintiffs rights guarenteed by the First and Eighth Amendments of the United States Constitution and by the Constitution of the Common Wealth of Virginia.

1.) Plaintiff Files this Motion Action Pursuant to 42 U.S.C. 1983 to Redress deprivation of Proper Medical treatment, refusal of Proper Diet For Medical Reasons, Serouse Safty infractions against Plaintiff ~~and deprivation of the~~ Physical well being and diprivation of the Plaintiffs Rights to due proccess.

2.) Jurisdiction is proper under 28 USC §§ 1331, under 42 USC. § 1983 and on the Supplemental jurisdiction of this court to Law Pursuant to 28 USC. § 1367 (A) venue is proper under 28 USC. § 1391 (B) and L.R.2 (6) because. 1) The Events and omissions giving rise To the Plaintiffs claims within this District and Division and (2.) Defendents reside and or Transact Buisness in this District and Division.

3.) The Acts or Actions of all Named defedents were Committed under Color of State Law and under Color of the offices they hold

4.) The Actions or Actions of all Deffendents were Committed delibrately and intentionally and Purposely to Deprive Plaintiff of Proper medical treatment, Proper Diet for medical Reasons, Hindering Plaintiffs due Proccess and subjecting the Plaintiff to harm of his well being and Saftey

5.) The Acts or Actions of all defendenst were Committed with wanten disregaurd of the

Plaintiffs rights there by subjecting the Plaintiff to cruel and Unusual Punishment.

6.) The Plaintiff ask this Honorable court to allow him to Proceed IN Forma Pauperis as I am incarserated at Dillwyn Correctional center, cl have Limited Funds dirived From mostly gifts. No job. Attached is 6 months of the plaintiffs trust account statment and a noterized affidavit of his account balence. Plaintiff Agrees to pay filing fees monthly from his trust account. Plaintiffs' wife Elizabeth has Limited funds to help him and subsequently filed Bankruptsy due to his incarseration.

7.) Plaintiff requests an order granting him the Right to amend this complaint as needed and to correct the Names of Deffendents as full names are learned.

8.) The Plaintiff asks for a Jury trial

9.) The Actions or Acts of the Deffendents Shows extreme Prejudice and Discrimination to the Plaintiff both Physically and Emotionally

10.) The acts or actions of the Defendents have greatly hindered the Plaintiffs Due Process by Not allowing him to Properly Greive his Lack of care and well being.

11.) The Plaintiff respectfully asks this Honorable Court to appoint Counsel as He has Limited abilities and understanding of the Law. No Funds as he is incarserated in State Prison making Depositions and gathering of facts Imposible, making appointments to have Expert Witnesses testify and gathering relitive Proof of Facts Stated within this case, Gaining testimony and depositions From other inmates who may be incarserated or Free.

### Introduction

This Case is straight Forward (1) Does the Constitution permit these Defendents to Knowingly refuse to treat an offenders Serous Medical needs and in food allergies. such a celiac disease, a known Pre Canserous digestive disorder That affects the small intestine and the bodies ability to receive vital Nurtrients From Food until the offenders condition reaches a more Fatal stage of Progression. Here The Defendents

have refused to treat PlaintiffsNew Celiac disease, food allergies, other chronic care /Pain management issues. The Defendents conduct is unconstitutional. Once the deffendents know any offender under their care and custody has been diagnosed with a serase medical Need such as Celiac disease or other chronic care issues, These Deffendents have a Constitutional mandate to treat said offenders for his condition and Provide him with a medical diet "Gluten Free", and Diabetic Diet For his condition and provide proper medical treatment to include apropraite Doctors and specialists as needed Defendents constitutional Mandate becomes even Stronger because the Plaintiffs Celiac Disease and other affictions can be controlled with minimal pain and suffering But insted of treating the Plaintiffs Serous medical Needs and Illness, the Defendents have permitted the offender to suffer without treatment untill he reaches the point of sepsis. (2.) Does the Constitution allow the deffendents to put the Plaintiff in Serous Arms way and subject him to violent encounters by other inmates for Labeling him a "Snitch" and placing him in hostal situations with the Same persons he came Forward about. The actions of the deffendents placing him in dorms were the plaintiff came Forward against others for rule infractions puts him in arms way and

inevitably by telling the said inmates that He told on them ultimatly Lead to him being injured by others in a Fight. (3.) Does the constitution alow these deffenders to retaliate against the plaintiff and hinder his due proccess and 1st amendment rights? the actions and acts by staff will show this has happened many times and also violating the Disibilities act such as placing him Sleeping on the Floor with a mat even after a Docter ordered he be placed on a bunk and being placed on the "old side" while another who created the Situation remaind on the "new side" and further placing him in danger from others, also placing the plaintiff on the "B" floor were you are locked into cells for long periods without a Functioning toilett, or water sourses.

Definition
Celiac Disease - is a pre canserous digestive disorder that causes your bodies natural defense system (immune system) to react against its own cells. It interferes with taking in nutrients from food. People who have ceiliac disease can not tolerate Gluten. Gluten is a protein found in wheat, rye, barley and other grains and prescritives. with time, Celiac disease will damage the Cells

cells lining the small intestine. This leads to be unable to absorb nutrients from food (malabsorption) diarrhea, vomitting, nutritional problems and even cancer. Headache are a nother chronic issue.

Treatment includes a Gluten Free Diet. This means avoiding all foods that contain Gluten. Eating even small amounts of Gluten can damage your intestine. For most people, following this diet will stop symtems. It will heal exsisting intestinal damage and prevent further damage. Improvements begin within days of starting the diet. The small intestine is completely healed with in 3 to 6 months or may take up to 2 yrs for older adults.

People with Celiac disease tend to have other Auto immune diseases such as; Dermatitis herpetiformis, Thyroid disease. Type I diabetes, Liver disease. Collagen vascular disease, Rheumataid arthritis and Sjogren syndrome. Symtems include; recurring belly bloating and pain, Gas, Long term Diarrhea, Pale, bad smelling greasy stool. weight Loss or Fluctuation. weaking bones, Fatigue and weakness, peripheral neuropathy and Depresion. (this definition was taken from the paperwark given by the ER the prison sent me to on the 29 of June. This is also found in my medical record at Dillwyn Correctional Center.).

Administrative Exshaustion

The Plaintiff, Darriel Jamison has exsausted all administrative remidies including Letters to the Sherrif and suberdanants, request Forms Greivences, Appeal Greivences, talking to Numourse Deputies and Kitchin staff members. Numourous Docters visits and sick calls, Even talking to the Chaplin. Admistrative Exhaustion paper work is attached to this Breif.

Parties

Plaintiff

Daniel W. Jamison — Plaintiff. was at relevent times to this action an inmate incacerated By the FairFax County Sherrifs office at the FairFox County Adult Detentin center from Oct 2018 to march of 2018. Mr. Jamison currently resides at Dillwyn Correctional center of the Virginia Department of Corrections. The Facts Pertaining to his claims are seen in his complaint, The counts pertaining to this case as well as attached medical Records and other Documentation and Evidence to be submitted.

Defendents

Stacey A. Kincaid is the Sherrif of the

Fair Fax County Sherrifs office. She oversees the operations and administration of the Fair Fax County Adultdetention Center. Responsibilities which Entail Formulating Policies and Ensuring Previsions of appropriate medical treatment to inmates, VA Code 53. 1-10, The State law grants the Sherrif Authority over health related issues such as promulgating rules to preserve inmates health and Provide medical treatment and servises to Prisoners with serous medical needs. The Sherrif was sent a xoterized Letter From the Plaintiff and was also spoken to during one of her walk throughs.

Stacey Kincaid is being sued in her individual and her official capacities. At all times Deffendent Kincaid has acted and will act under the Color of State Law and is responsible for Knowing all applicable Laws reguarding the Civil rights and medical treatment of inmates under the care and custody of the sherrifs office and control. Kincaid is ultimatly responsible for the staffing and effectiveness or Lack of effectiveness of all staff and subcontracta alike.

Mark W. Sites, Cheif Deputy of operations of the Fair Fax County Detention Center. He is

under the Supervision of the Sheriff. He is responsible for all state and Federal Laws and the safty and wellbeing of the offender population. Mr. Sites was made aware of Mr Jamisons issues/condition through request forms, and a Letter from The Plaintiff mr Jamison.

Mr. Sites is Sued in his individual and official Capacity. Mr. Sites is responsible for Knowing all relitive Laws reguarding the health and safty or all inmates under his position. He is also responsible for the acts or actions and training of the Deputies under his Supervision. Mr Sites has acted and will continue to act under the color of the Laws.

Lishan Kassa, MD, is the head Docter at the Fair fax County Adult Detention Center. She is responsible for the care and treatment of the inmates of the FFCADC. He is responsible for the treatment, procuring records of Known Diseases and treatment, Diognostics, refurals and Dietary orders as Needed. Dr Kassa has been made personally aware of Mr Jamisons Condition (s) as she has been his attending Physiciall on numorous occastions and has proscribed most things for Mr. Jamison. She has also failed to properly treat Mr. Jamisons Condition to include not gaining records,

perscribing medications that hinder his wellbeing and contrary to his condition (medications that contain gluten). Failure to send to a specialist and failure to give a proper diet to.

Dr. Lishan Kassa is sued in her individual and official capacity. She is responsible for all Laws and treatments of Her patients with Known serous medical needs to include Celiac Disease. Dr Kassa acts and continues to act under the color of the Law.

Dr Jonita Connor, MD, is a Doctor at the fairfax County adult detention center and is responsible for the treatment of inmates under her care to include mr Jamison. She is responsible for treatments, Procuring records of Known Diseases and treatments, Diagnostics refurals and Dietary orders, She was made personaly aware of Mr Jamisons Conditions through multiple appointments and her constant refusals of treatment or lack of treatments for his condition.

Dr Connor is being sued in her individual and official capacities. She is responsible for all Laws and treatments of Her paitients with Known conditions to include Celiac disease. Jonita Connors acts and will continue to act under the color of the Law,

JANET Wurie, NP is the Nurse Practitioner at the Fairfax County Adult Detention Center and is responsible for inmates under her care. She is responsible for treatments, Diagnostics, referrals purcurments of medical records, and Dietary orders. NP Wurie was made personally aware of the Plaintiffs conditions through numerous appointments. She has refused to properly treat and gather relivent information and records reguarding the plaintiffs Celiacs disease and refisal of proper dietary orders fitting his condition.

NP Wurie is sued in her personal and official Capacities. She is responsible for all Laws and treatments for Patients under her care or to make appropriate refurals. Wurie acts and will continue to act under the Coler of the Law.

Xin Wang, Nurse Practitioner at the Fair fax County Adult detention Center and is responsible for the wellbeing of inmates under her care. She is responsible for treatments, Diagnostics, refurals, purcurment of medical records and Dietary orders. NP Wang was personly made aware of mr Jamisons conditions through Several appointments she has failed to properly treate, gotten relevent Medical Records, or refure patiant fitting his Condition.

NP Wang is sued in her individually and officialy capacities. Mrs. Wang acts and continue to act under the color of the law and is responsible for treatment and all relevent Laws.

Ericha Rauf, Director of Nursing at the Fair fax County detention Center and is responsible for inmates care and wellbeing under Her care or Knowlage. Mrs. Rauf was made personally aware of the offenders conditions through the greevence Process as she was the responding agent and through her responses showed gross negligence, Lack of Knowlage and hindering Mr Jamison 1st amendment (Due proccess) and ability to get help and proper care.

Ericha Rauf is sued in her individual and offical capacity. She is responsible for all Laws and treatment of inmates under her. Mr. Rauf acts and will continue to act under the color of the law.

S. Carlisle, DDS is a Dentist at the fair fax County adult detention Center and is responsible for inmates under her care. She was made personally aware of Mr Jamisons Serouse Dental Needs through multiple appointments. She is responsible for all

Dental care, refusals, and Laws applicible. She is responsible for Lack and refusal of care to Mr. Jamisons serouse Dental Needs

Mrs. Carlisle is sued in her individual and official capacities. She is responsible for all Laws and treatments of inmates under her Care. She acts and will continue to act under the color of the Law.

S. Ray, DDS is a dentist at the Fair Fax County Adult Detention Center and is responsible for inmates under her care. She is responsible for all Laws and wellbeing including Mr Jamison and his serous Dental Need. She was personaly aware of his condition and refused to treat his condition.

Mrs. Ray is sued in her individual and official capacities. She is responsible for all Laws and treatments of inmates under her care. She acts and will continue to act under the Color of the Law.

Aramark Director and Aramark managers are responsible for all Laws as they pertain to dietary needs and Planning for the population of the FCADC, especially all medical trays. Aramark personell were made aware trough

Medical, request forms, and the grievence proccess. They are responsible for improperly feeding Mr. Jamison and refusing to properly adhere to his dietery needs as prescribed by medical.

Aramark Director and supervisors are sued in their individual and official capacities. (As actual names are learned they will be formally added.) Aramark is responsible for all laws and adherence to medical perscriptions of Diets. Aramark and Staff acts and will continue to act under the color of the Law.

1st Luitenent Aughaven is an officer at the Fairfax County Sheriffs office and is in charge of the grievence proccess and is responsible for the safety and well being of all imates under the Sheriffs office control. Mr Aughaven is responsible for all laws pertaining to the grievence procces as well as all laws pertaining to the well being and health/safity of inmates. He is personally aware of Mr. Jamisons' issues and conditions through numorous requests, meetings and greivences w/ appeals and

refusal of help constituting dereliction of duty and conduct unbecoming.

Lt Aughaven is being sued in his individual and ~~personal~~ official capacities. He is responsible for all laws pertaining to conduct, Safty and wellbeing of Inmates. Aughaven ~~will~~ acts and will act under the color of the law.

Lt Parsons, #382 is an officer of the fairfax county Sheriffs office and adult detention Center and is responsible for all laws and the Safty and treatment of all inmates housed at the FCADC. Parsons was personally aware of Mr Jamisons Cercumstences and allowed Deputies to retailiate against him with no help constituting conduct unbecoming and dereliction of Duty.

Lt Parsons is being sued in personal and official capacities. Lt Parsons is responsible for all laws pertaining to conduct, Safty and the wellbeing of inmates under there control Parsons acts and will continue to act under the Color of the law.

2nd Lt Mesier #252, is an officer of the fairfax County Sherrifs office and the adult Detention Center and is responsible for

The Safty, wellbeing and treatment of all inmates under the sherrifs Control. He is personally aware of Mr Jamisons' Condition through numerose Requests, Complaints and meetings. Mr Mesier has repeated ly failed and refused to help or properly investigate issues set forth by mr. Jamison as well as purgered himself on many occations in responses on official paperwork and responses.

Lt Messier is sued in his personal and official Capacities. He is responsible for all Laws, Conduct, Saftey and the wellbeing of inmates under their control. Mesier acts and will continue to act under the color of the Law.

Lt Perkins is an officer of the fair fox County sherrifs office and the ADC and is responsible for the safty, wellbeing and treatment of all inmates under the control of the Sherrifs office. Perkins was made personally aware of Mr Jamisons issues when He came to Mr Jamison about meeting with the Washington Post which he did not allow as he learned what Jamison was going to say and in doing so Deprived mr Jamison of his first amendment rights.

Lt Perkins is sued in his individual and official capacities. Lt Perkins is responsible for all laws applicable to inmates amendments safety and treatments. Perkins acts and will continue to act under the color of the law.

Lt Evens is an officer of the fairfax County Sherrifs office and the ADC. Evens is responsible for all laws pertaining to treatment and the wellbeing and safty of the inmates under the control of the Sherrifs office. Lt Evens was personally aware of Mr Jamisons living conditions through requests and meetings.

Lt Evens is sued in his individual and official capacities. Lt Evens is responsible for all laws of the treatment and safty of the inmates of the Sherrifs office. Evens acts and will continue to act under the color of the law.

Lt Rejeili is an officer of the fairfax County Sherrifs office and the ADC. Lt Rejeili is responsible for the saftey, wellbeing and treatment of all inmates of the control of the the Sherrifs office. Rejeili was personally

aware of Mr. Jamison's conditions and refused to appropratly follow up and to make sure the treatment was infact proper as they reported to him but was still difficiant and would rather purjure himself on official paperwork.

Lt Rejeili is sued in his individually and in his official capacities. He is responsible for all applicable laws, treatments, safty and wellbeing of all inmates under their control. Rejeili acts ~~acts~~ and will continue to act under the color of the law.

Deputy Abel, #054 is a deputy of the Fairfax County Sherrif's office and the ADC and is responsible for the safty, wellbeing, and treatment of inmates under the Sherifs control. Abel was personally aware of Mr Jamisons safty condition when she told another inmate that Mr. Jamison was the one who told on him and put him in arms way of a violent encouter.

Deputy Abel is sued under her individual and official capacities. She is responsible for all laws, ~~act~~ conduct and saftey of all inmates under the sherifs control. Abel acts and continues to act under the color of the law

Deputy PJ Thompson, #789 is a Deputy of the Fair Fox County Sherrifs Department and the ADC and is responsible for the treatment wellbeing and safty of all inmates of the ADC. Mr Thompson showed retaliation against Mr Jamison by removing him from the New side and sending him to the old side when he left the Person who threatened Him in the Dorm.

Deputy Thompson is sued individualy and in his official Capacity. Thompson is responsible for all Laws, safty and conduct. He acts and will continue to act under the color of the Law.

Sgt. Putman #860 is a deputy in the Fairfox County Sherriffs Department and the ADC. Putman is responsible for Laws, safty and the wellbeing of inmates under the control of the Sherrifs office. Sgt Putman showed deliberate indiffrence to the Safty of Mr. Jamison by not only telling other inmates he told on them but by Not putting a Keep seprate between the two individuals.

Sgt. Putman is Sued individualy and in official Capacity. Sgt Putman is responsible for all aplicable Laws and the safty and wellbeing of inmates under the control

of the Sherrifs office. Putman acts and will act under the color of the law.

Deputy Plazick is a Deputy of the Fairfax County Sherriffs office and the ADC. He is responsible for the safty, laws, Treatment and the wellbeing of all inmates under the Sherrifs control. Plazick is personaly aware of Mr Jamisons condition as he repeatedly refused to exchange his meal tray for proper food knowing it was wrong and many threatning and valgure statements to Mr. Jamisons. He also risked his safty by telling 2 individuals that Mr. Jamison told on then about having chewing tobacco and no keep seprates

Deputy Plazick is sued individualy and in his official capacities. Plazick is responsible for all laws, Safty, wellbeing and treatment of inmates. Deputy Plazick acts and will continue to act under the color of the law.

Deputy Strauser is a Deputy of the Fairfax County Sherrifs offise and the ADC Strauser is responsible for the wellbeing, Safty, treatment of all inmates under the Control of the Sherrif. He continued to refuse to exchange Mr Jamisons meal tray even

though he knew the food was incorrect. He also made several threating statements to Mr. Jamison.

Deputy Strauser is sued in his individual and official capacities. Strauser is responsible for the wellbeing, safty, and laws. Deputy Strauser acts and will continue to act under the color of the law.

Deputy Jones is a Deputy of the Fairfax County Sherrifs office and is responsible for the safty, wellbeing and Treatment of inmates under the control of the Sherrifs office. Jones placed Mr Jamison in arms way by giving Paper work to inmate Chvingey that he told on him for Medication Sales. The Paperwork contained Mr Jamisons name placing him in jeperdy which did lead to insident.

Deputy Jones is sued in his individual and official capacity. Jones is responsible for all laws, The safty and well being of all inmates under the control of the Sherrif. Jones acts and will continue to act under the color of the law.

Plaintiff's Complaints

"Complaint"

Upon Entering the Fair Fax County Adult Detention Center on 8/4/16 My initial Screening was Done. During this time I filled out several forms to have fairfax obtain my medical records. This was done in accordance with my many serous medical issues such as my Celiac disease which requires a Gluten Free diet. My Celiac disease was never noted in my original screening even though it was discussed in detail along with my other food allergies. Poultry and Strawberries. My medical Records were never obtained from Berkley Family Medicine and other Offices that would show, Celiac, Pre diabetes and medications along with my Leg and back injurys. also at this time my Medications were never orded such as my MetaFormin (500) which was taken daily. also my Dietary issues for medical reasons which was ignored. I was Never given a No poultry, Gluten Free diet for medical reasons. The Nurse was to busy with her Phone than to accurately take my medical information.

During my Extended stay I was made to sleep on the Floor with a mattress for about eight months. I was given a Doctor release

to not sleep on the Floor but this was only honored for a short time. Again this should have been address during my initial screening but was Not and I was Left many pain full nights and morning getting off the floor because of my L4 L5 Fusion and plates in my tibia and fibia as a result of a compound fracture in my right Leg along with my Umbilica hernia.

Along with Numerous sick call requests I Never received proper care from medical. I Saw Nurse practitioner Wrwie several times which was meet with ridicule and threats of being tossed in the hole for insobordination. Although many times I meet with her about my diet she would Never give meor order me a proper Diet of No Poultry or a Gluten Free Diet, or a Diabetic Diet. I was told I was just faking and No matter what I said or did she would Not help me. She only gave me a No Dairy, Bland diet. In meeting with her in May of 2017, for still getting Sick on the food she finialy wrote in my chart I had Celiac disease but did Nothing to get my medical records or to help me treat this Serous medical issue. I asked to See a Gastrointestinal Specialist and she told me that Fair Fax would Never pay for

me to see a specialist and I would have to just deal with my problems, she also told me I would have to pay $100.00 to see the Eye Docter and untill the money was in my account I would Not bee seen. Even when I Saw Docter Kassa, Conners or the other 2 male Doctors Nobody would help me with my Serous Medical Needs

I wrote many request for Grievence forms or to speak with Some one to No avail. I was constantly turned away, An 8/1/17 when transfered to Segrigation pending charges my things were Serched and most of my paper work to this point was taken and Deemed contreban even though I argued that the paper work was proof of serous Neglect the Deputies took it. I Even talked to Lt. Parsons who denied my request. I beileive this was done to destroy the paperwork I had at that time such as my medical file from Berkley family medicine which showed my Celiac disease.

Along with the many other serous medical issues I have, I developed a serouse scalp infection which is still ongoing to this day. Having Celiacs disease makes it very hard for my System to fight off infection. This infection

was the result of the un clean practices
from a hair cut. The infection had got so
bad that in April of 2017 as Listed in my
medical file and became reoccuring. all that
was ever done by the Doctors was just
given antibiotics. cl was actuly told by one
Doctor to Shower every other day, cl was
showering to much. Every time the antibiotic
ran its course my Infection would return.
The initial infection became so bad that my
face was swollen so bad that it look
Like cl was in a fight causing the Deputies
to pull me out of formation to question me about
what happened. This continued to be an issue
and even when cl contacted Lt Messier
about this He did Nothing and denied this
Happened from a Hair cut even though many
had simular complaints. The Barber was very
unsanitary and often times you had to sit
in piles of Hair and she never cleaned the
Clippers. This infection is still occuring today
and dispite all of the antibiotics the infection
still returns.
    Along with diatary and infection issues
cl also had to deal with My Excrutiating

Back pain and Hernia. These two issues were Never taken care of and all that was done is given tylonaland an Extra blanket. The Medical staff told me Numerous times that I would Not see any one for this other than the Doctors at the ADC because of Money. ExRays of my back were Never taken even when I had a bruise the size of a softball. This happened when I was Beat up by other inmates and Thrown into a bench when I was in 4N2. Along with these issues I was constantly Not given my medications such as Metaformine, (which was Never given) or my Gabipenten which was interupted for months at a time as my Medical Records will show. I was just Left to suffer in pain even though I went to medical several times Requesting My medications. They would take My Sick Call Co-pay but would do Nothing. The Doctors would also prescribe medications Containing Gluten and contrary to my serious medical Needs. On Nov 25 2017, Deputy Torez Had me Fill out a request form and Had me see Nurse Antwifer my many issues. Upon meeting with me he scheduled me to see Doctor Kassa the Next morning. Upon the Next visit

some of the issues were corrected but Like the Diet, Never given to me. She wrote an order for my allergies, but never Followed up with the Kitchen and still Excluded my gluten allergy from this order and never ask to get my medical Records from the street. again No follow up and improper care. The Medical Staff even went as far as to tell Deputy Rejelli all issues were taken care of even when they were Not. Instead of asking or talking to me Rejelli just closed the issue at their word even though cl constantly went to medical for the Same issues as Seen in my Medical File. No matter How many times cl tried to get a greivence form for these issues cl was denied the greivence form until 2-15-18 when Lt Aughaun Finaly gave me a form Say "He only would give out forms to issues he felt just", instead of having access to them. During this proccess my Greivence was Not taken Serously and Mrs. Rauf found my Greivence to be unfounded and made Several remarks in her finding that were contrary and way outside perfesional

standards resulting in me to continue on with pain in my stomach, Back pain, vomitting, Diarreah and sever headaches and re Diet. I did file an appeal but was never responded to. The Sheriffs office just shipped me to ~~prison~~ state Prison. along with the paper work sent to State, the medical staff never properly sent my food allergies and I beleive this was done to get rid of me instead of Helping me and to hide their difficencies in treatment. I was told By DOC employees that if the ADC staff Listed these allergies or my Serous medical issue of Celiacs disease, I would have had a longer wait at the jail as I would have had to go to a medical receiving facility.

Bloody Stool.

another Serous medical need that was never taken care of was my sever Paridontal disease. The Dentists pulled teeth instead of sending me Some were to get this taken care of. They just said that they were not allowed based on the ADC's policey and budget. I beleive had they treated me properly for this I would not have had to loose my teeth they pulled. Even in the Greveince response

My Severe Paridontal disease was noted and Nothing was taken care of.

No matter who I talked to or tried to get help from the Fair Fax County ADC Staff, Both medical and the Sheriffs' Deputies would Not get me proper help. I was left to suffer Headaches, improper diet, intence pain Bleeding rectaly, vomitting, diarreah, Bleeding gums and sever harrasment along with a reaccuring infection. The Doctors would just continue to ignore me and not even obtain my medical Records to see I was telling the truth. They just said I was Lieing. How ever I have attached my ADC Medical Records, outside medical records and other Documentary Evidence to show my Serous medical Needs were not meet and Adminstrative exsaiostion is also shown. The staff was Delibratly indifferent by out right refusing to treat me or to send me to the approRiete Doctors so I would get better.

The staff at the fair Fax County Detention Center was also showing Delibrate indiffence by Knowingly puting me in the way of Bodily injury and

Plazic,

compramising my safty. This was done By many Deputies such as, Able and Jones, and by telling inmates I had "Snitched" on them for rule infactions. At the times no keep seperates or anythig was done to keep me safe. This lead to alot of threats and even being beaten up by 2 inmates in 4N2 which I still have terrible back pain as a result from Deputy Able telling David Canavan I told on him and He told others that lead to our altercation in the dorm. Constemtly I would end up being re housed with offenders I told on tring to get moved. I was also sent to the "old side" after threats against me yet the other inmate, Cherney, was aloud to stay on the "new side". Deputy Plazick told inmate Shcmitt that I was the one who told on him for the chewing tobacco along with refusing to get me proper trays even though he was ordered to, let alone Knew were wrong. The Emotional Distress I felt every day was truley horrible and cruel. Deputies Know that by informing others that some one told on them, that they

were putting him at serious risk of Physical Harm as well as mental/Emotional Harm. I am not suprised because along with these conditions I was also made to Sleep on the Floor with a mattress in a Cell made for one person even though this is unconstitutional. I was als housed on the "B" Floor were you were Locked in your cell with no toilett or running water. This happened after I reported that my prevouse cell mate was stealing from me. I got punished. It is unconstutional to Lock a person in a cell with no toilett or running water, yet FairFax does this anyhow. Even being Put on the floor to sleep shows delibrate indifference as the Doctor wrote an order to not be placed on the floor. The Deputies just do what they want and threaten you with the "Hole" if you speak out or complain. Even writing to Lt Messier did not help. He would just lie in his responses instead of walking to the freezer abat 50 Ft from his office to see the meat patty I was given every day was wrong along with so much more. He is delibratly

indiffrent in refusing to help me even though I wrote to him and other Deputies Contacted Him on my behalf, As the Supporting Documents show I tried to do everything I could to get help. I received None and at every turn I was left to suffer sickness, extreme pain, Emotional Distress and mental anguish. If any one would have done their Jobs properly, all of these issues could Have been easily avoided. I have rights protected by the Constitution, both Federal and State, to protect me and the Sheriffs office and Medical staff choose to trample my rights and subject me to Cruel Conditions They Even Kept me from speaking to the Washington Post. Lt Perkins came to me to ask if I would meet with them and even though I said yes, when I informed him what I wanted to talk about I was denied From speaking with them. Just more trampling of my rights and the retaliation of the Sheriffs office. All dates, incidents, Requests and other proof is attached to this breif. in support and administrative exsaustion. The Greivence Response in its self Proves that medical did Not properly treat my serous conditions and ignored my Proper treatment.

Counts

## Count I

DEPRIVATION OF EIGTH AMENMET Right TO MEDICAl CARE  PURSUANT TO 42 USC. § 1983 (federal claims against all defendents)

Plaintiff Fully incorporates any and all paragraphs this Court deems relevant, as fully stated herein to support Plaintiffs' Count I.

Based on the incorporated paragraphs to support this Count I, Defendents acts and omissions in failing to provide adequate medical care - including any medical whatsoever - constitutes deliberate indiffrence to the serious medical needs of the Plaintiff with Celiac disease thereby establishing a violation of the Eight Amendment of the United States Constitution. Consequently, Plaintiff is entitled to Compensatory relief, individualy against the Defendents in their individual capacitgies and Plaintiff seeks equitable releif as set forth in the "Conclusion" section.

## COUNT II

Deprivation of Right NOT to UNDErGo Cruel and Unusual Punishment Under The VIRGINIA Constitution (state Claim against all Defendents)

Plaintiff fully incorporates any and all paragraphs This Court deems relevant, as fully stated herein to support Plaintiffs' Count II.

Based on all of the facts incorporated to support this Count II, Deffendents' acts and omissions in failing to provide adequate medical care - including any medical care whatsoever - constitutes delibrate indiffrence to the serious medical Needs of the Plaintiff with Celiac disease. there by establishing a violation of Artical 1, section 9 of the Virginia Constitution and its prohibition against the infliction of cruel Punishments. Consequently Plaintiff is Entitled to compensatory releif individualy against the Defendents in their individual capacities and seeks equitable relief as set faith in the "conclusion" ~~and restored~~.

Count III
REQUEST for Declaratory / injunctive Releif. (Federal claim against all Defendents)

The Plaintiff fully incorporates any and all paragraphs this court deems relevant, as full stated herein to support Plaintiffs claim on Count III

Based on all the facts incorporated to support this count III, equitable releif is proper because Plaintiff will suffer irreprable harm if He is forsed to continue to endure the effects of Celiac disease without proper treatment and diet and because preventing people from sustaining a substantail risk of Death and infections that are avoidable with Proper care serves the Publics intrest. The Equitable relief is in the Plaintiffs conclusion.

## Count IV

The plaintiff fully incorporates any and all paragraphs this court deems relevant, as fully stated herein to support Plaintiffs claim on Cant IV

Based on all the facts incorparated to support this count IV, Equitable releif is proper and Compensatory relief is proper because of the Deputies delibrate indifference in the Safty and treatment of the Plaintiff which lead to Emotional mental and Phyical harm and Cruel conditions of their actions and Statements. These actions are avoidable and serves the Publics intrest. The Equitable and Compensitory releif is

in the Plaintiffs Conclusion.

## Conclusion

WHEREFORE, Mr. Jamison respectfully requests the following releif:

1.) The Plaintiff ask this Honorable Court to compell the Fairfax County Sherrifs office and the Fairfax County Adult Detention Center to impliment Proprer medical and Staffing, Proper Medical treatments and policies, Proper Housing within the Adult Detention Center, Training for all Staff of Conduct and Laws of incarceration.

2.) Termination of all staff directly involved and found invaluedled by this Honorable Court.

3.) The Plaintiff respectfully asks this Honorable Court to award Damages of $100,000.00 (One hundred thousand dollars) from each of the Deffendents in theer individual Capacities for denying the Plaintiff Proper Medical Care and treatment for His Known condition, and the Safty and

treatment at the hands of the deputies causing Emotional, mental and Physical harm and violating the Plaintiffs 1st, and 8th amendments right to be free from cruel and unusale Punishment.

4.) The Plaintiff respectfull asks this Honorable Court to award an additional $100,000.00 (one hundred thousand dollars) in each of the deffendents official capacity for causing Pain, suffering, Emotional and mental suffering that is still on going due to the negligence and Discrimination of the defendents and causing the Plaintiff to suffer Cruel and unusale Punishment that could have been easily avoided

5.) The Plaintiff also asks for any other releif this honorable court would deem just and Proper for all the Plaintiff has had to Endure and is still burdened with as cl am still not receiving proper medical and continue to get sick.

6.) The Plaintiff respectfully asks that criminal charges be Persued through the appointment of the U.S. attorneys office for the deprivatation of rights

under federal Law and Possible state charges (see attached artical)

7.) Plaintiff asks this Honorable court to arrange transportation and Housing as Needed for all Hearings and trial.

Respectfully Submitted

Daniel W. Jamison

Signed _____

Date    19 Dec 18

Offender # 1190078

Affidavit

I Daniel W. Jamison, DOB 5/8/1978 VDOC offender #1190078, Residing at Dillwyn Correctional center, Do here by affirm under penalty of Purjury that all statements in this motion are true and correct to the best of my Knowlage and beleif.

Daniel W. Jamison

Signed _____

Date    19 Dec 18.

offender #   1190c 78

Cnty of Buckingham
State of Virginia
Date 12/19/2018



E. BOYLES
NOTARY PUBLIC
Commonwealth of Virginia
Registration #7728847
My Commission Expires Jan. 31, 2021